**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

ZHENGYU ZHANG,

Plaintiff,

v.

PROFESSIONAL ACCOUNT
MANAGEMENT, LLC,

Defendant.

Case No.: 5:25-cv-10577-NW

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PROFESSIONAL ACCOUNT MANAGEMENT, LLC**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Professional Account Management, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant. Each party to bear its own attorneys' fees and costs

**IT IS SO ORDERED.**

Dated: April 15, 2026

_____
HONORABLE NOEL WISE
UNITED STATES DISTRICT JUDGE

1